21-2584-CV. Mr. Magassouba is here, arguing pro se, and the defendants, or the appellees, are resting on their briefs. So, Mr. Magassouba, you can go ahead and stand up. You can stand up at the platform here and speak into that microphone and share your arguments. Your Honor, it will probably be easier for us to understand you if you take your mask off. Okay. Okay, Your Honor. On August 1, 2000, I was wrongfully arrested by Pennsylvania Police and New York Police Department in my apartment in Bronx, New York. And they drove me around for three days, and no court accepted the case. And Worcester County accepted me. And they forcefully charged me there and transferred me to Pennsylvania. The Pennsylvania people dismissed all charges against me on April 17, 2002, and released me to immigration. I spent two more years with immigration and came out and asked Worcester County to dismiss their charge, their refusal. Only last week, no charge was dismissed, a lawful arrest and a lawful charge. Only last week, on September 22, those were dismissed. And my lawyer was constitutionally ineffective. He violated all my rights. He committed fraud because he made a mistake. He didn't follow my case on time, and the defendant filed a motion to dismiss the case based on that failure. And he tried to hide all documents from me, and I was in custody. I couldn't get nothing. I tried everything, and then when I was released, I continued the case. The case was closed. I reopened the case, and the case was finally dismissed based on what I just said, because he didn't follow on time. And they said that it was a probable cause, and it's never been a probable cause. You can see, Pennsylvania or Worcester County case was dismissed last week. Everything was a fraud and false. And my lawyer is a fraud and false, because he made a mistake. He turned against me and lied on me and did a lot of other things that I cannot even discuss until now. Please, I'm respectfully requesting this court to vacate the low court decision. You all can see the writing and review everything. Vacate the case, remind the case so the case can proceed for further proof and evidence. I didn't commit no crime, and I spent a long time in jail while he was released, and I gave him my case on time, like nine months before statute of limitations expired, but he didn't do his own investigation. He didn't do nothing and forgot until the statute of limitations expired, then turned against me. And everything, all the proof is here, and I can bring more proof if the court needs it. I'm sorry? I said all the proof there, like my appendix and my brief, I already provided all the evidence, and if the court needs more evidence, I'll be able to provide it. Well, we're going to proceed on the evidence that you've given us. So do we have the information that we need to decide your case? Yes, you'll have enough. Yes. An old judge was very prejudiced against me, low court, and I mentioned that too. It was ex-part communication. They were training my lawyer against me how to get my case dismissed because I'm black and I'm pro se. All transcript there, and you can review everything, and you will see everything I say. Thank you. I don't have a further thing to say. Thank you. We appreciate you coming in and arguing. You're welcome. As I mentioned, the appellees are proceeding on submission in this case.